1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE JIMENEZ,

           Plaintiff,

    v.

CAPITAL ONE BANK USA, N.A.; and
EXPERIAN INFORMATION
SOLUTIONS, INC.,

          Defendants.

Case No. 2:22-CV-00643-RSL

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT

This matter comes before the Court on defendant Capital One, N.A. d/b/a Capital One

Auto Finance's (erroneously named as Capital One Bank, N.A.) ("Capital One") Unopposed

Motion for Extension of Time to Respond to Complaint (Dkt. # 6) (the "Motion").  The Court,

having reviewed the Motion and the files and records herein; it appearing that (1) Capital One

requested an extension before the time to respond to the Complaint expired; and (2) that good

cause appears for granting the Motion; now, therefore,

///

///

///

///

///

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1
(Case No. 2:22-cv-00643-RSL)
4872-9595-6260.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

1     IT IS HEREBY ORDERED that the Motion is GRANTED.  Capital One's deadline to

2 respond to Plaintiff's Complaint is extended through and including July 6, 2022.

3

4     Dated this 8th day of June, 2022.

5

6                                        _Mr S Lasnik_
                                        Robert S. Lasnik
7                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1
(Case No. 2:22-cv-00643-RSL)

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599