# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSE JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK USA, N.A., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No: 2:22-cv-00643-RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR EXPERIAN TO ANSWER** |

Pending before the Court is Plaintiff's Unopposed Motion for an extension of time for Defendant Experian Information Solutions, Inc. ("Experian") to submit a response to the Complaint filed in this action. Having considered the motion and applicable law, the Court determines that the foregoing motion should be granted. Accordingly, the Court hereby

ORDERS that Defendant, Experian's time to file a response to the Complaint is extended until July 11, 2022.

1

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION
OF TIME FOR EXPERIAN TO ANSWER
(CASE NO: 2.22-cv-00643-RSL)

SANDERS LAW GROUP
100 Garden City Plaza, Ste 500
Garden City, NY
Tel: (516) 203-7600

SO ORDERED.

Dated this 10th day of June, 2022.

*[signature: Robt S Lasnik]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

**Sanders Law Group**

By: _/s/ Craig B. Sanders_
Craig B. Sanders, WSBA No. 46986
100 Garden City Plaza Ste 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 282-7878
Email: csanders@sanderslaw.group
*Attorney for Plaintiff Jose Jimenez*

2

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION
OF TIME FOR EXPERIAN TO ANSWER
(CASE NO: 2.22-cv-00643-RSL)

SANDERS LAW GROUP
100 Garden City Plaza, Ste 500
Garden City, NY
Tel: (516) 203-7600