UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE JIMENEZ, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK USA, N.A.; and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 2:22-CV-00643-RSL <br><br> ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

This matter comes before the Court on defendant Capital One, N.A. d/b/a Capital One Auto Finance's (erroneously named as Capital One Bank, N.A.) ("Capital One") Second Unopposed Motion for Extension of Time to Respond to Complaint (ECF No. __) (the "Motion"). The Court, having reviewed the Motion and the files and records herein; it appearing that (1) Capital One requested an extension before the time to respond to the Complaint expired; and (2) that good cause appears for granting the Motion; now, therefore,

///

///

///

///

///

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER COMPLAINT - 1
(Case No. 2:22-cv-00643-RSL)

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

IT IS HEREBY ORDERED that the Motion is GRANTED. Capital One's deadline to respond to Plaintiff's Complaint is extended through and including July 13, 2022.

Dated this 8th day of July, 2022.

*signature*
Robert S. Lasnik
United States District Judge

Presented By:

MILLER NASH LLP

*s/Jesús Miguel Palomares*
Jesús Miguel Palomares, WSBA No. 51858
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Telephone: (206) 624-8300
Email: jesus.palomares@millernash.com

Attorney for Defendant
Capital One, N.A. d/b/a Capital One Auto Finance
(*erroneously named as Capital One Bank, N.A.*)

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER COMPLAINT - 2
(Case No. 2:22-cv-00643-RSL)

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599